UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TROY GROVE, a division of Riverstone Group, Inc. and VERMILION QUARRY, a division of Riverstone Group, Inc., <br><br> Petitioner/Cross-Respondent, <br><br> and <br><br> NATIONAL LABOR RELATIONS BOARD, <br><br> Respondent/Cross-Petitioner, <br><br> and <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, <br><br> Intervenor/Petitioner | Nos. 23-1164, 23-1176, 23-1343 <br><br> NLRB Nos. 25-CA-276061 and 25-CA-280390 |

## JOINT MOTION TO GOVERN FURTHER PROCEEDINGS

On December 26, 2023, this Court issued an order requiring the parties to file motions to govern further proceedings. The National Labor Relations Board ("Board") and International Union of Operating Engineers, Local 150, AFL-CIO ("Union") have conferred and together propose the following:

1. On August 9, 2023, the Union filed in this Court a motion to transfer from the D.C. Circuit to the Seventh Circuit. The Court has not ruled on that motion.

2. If the Court denies the Union's motion to transfer, the parties shall propose briefing schedules within 14 days.

3.  If the Court grants the Union's motion to transfer, there would be no need for this Court to set a briefing schedule.

NATIONAL LABOR RELATIONS BOARD,
Respondent/Cross-Petitioner

By: */s/ Ruth E. Burdick*
National Labor Relations Board
Office of the General Counsel
10 Half Street, S.E.
Washington, D.C. 20570-0000
Email: ruth.burdick@nlrb.gov

INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 150, AFL-CIO, Intervenor/Petitioner

By: */s/ Steven A. Davidson*
Legal Department
6140 Joliet Road
Countryside, Illinois 60525
Email: sdavidson@local150.org

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TROY GROVE, a division of Riverstone Group, Inc. and VERMILION QUARRY, a division of Riverstone Group, Inc., ) ) ) ) Petitioner/Cross-Respondent, ) ) and ) ) NATIONAL LABOR RELATIONS BOARD, ) ) Respondent/Cross-Petitioner, ) ) and ) ) INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, ) ) ) ) Intervenor/Petitioner ) | Nos. 23-1164, 23-1176, 23-1343 NLRB Nos. 25-CA-276061 and 25-CA-280390 |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), the Board certifies that its motion contains 245 words of proportionally-spaced, 14-point type, and the word processing system used was Microsoft Word 2016.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, D.C.
this 24th day of January 2024

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TROY GROVE, a division of Riverstone Group, Inc. and VERMILION QUARRY, a division of Riverstone Group, Inc., ) ) ) ) | |
| Petitioner/Cross-Respondent, ) ) | Nos. 23-1164, 23-1176, 23-1343 |
| and ) ) | NLRB Nos. 25-CA-276061 and 25-CA-280390 |
| NATIONAL LABOR RELATIONS BOARD, ) ) | |
| Respondent/Cross-Petitioner, ) ) | |
| and ) ) | |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, ) ) ) ) | |
| Intervenor/Petitioner ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, I electronically filed the foregoing with the Clerk for the Court of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I further certify that this document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, D.C.
this 24th day of January 2024