# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1164**  **September Term, 2024**

NLRB-25CA276061
NLRB-25CA280390

**Filed On:** August 5, 2025

Troy Grove, a division of RiverStone Group, Inc. and Vermilion Quarry, a division of RiverStone Group, Inc.,

    Petitioners

    v.

National Labor Relations Board,

    Respondent

------------------------------

International Union of Operating Engineers, Local 150, AFL-CIO,
    Intervenor
------------------------------

Consolidated with 23-1176, 23-1343

    **BEFORE:**   Katsas and Rao, Circuit Judges; and Randolph, Senior Circuit Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that within 10 days of the date of this order, petitioners are directed to file a response that contains their arguments in favor of the company's proposed judgment and against the National Labor Relations Board's proposed judgment. The response may not exceed 2,600 words. Any reply is due within 7 days of the date of the response and may not exceed 1,500 words.

### Per Curiam

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                      BY:   /s/
                             Daniel J. Reidy
                             Deputy Clerk